■ WILLIAM J. EGAN, JR., Plaintiff, and WILLIAM J. EGAN, III, an Infant, by LYDA R. EGAN, His Mother and Natural Guardian, et al., Respondents, v PENSEK TRUCK LEASING Co., L.P., et al., Appellants. [643 NYS2d 996]

The alleged inconsistencies in plaintiffs' versions of the accident, in which the issue was whether the son was in the "zone of danger" (*Bovsun v Sanperi*, 61 NY2d 219) when he allegedly saw his father struck by defendants' vehicle, present issues for the trier of fact (*Silva v 81st St. & Ave. A Corp.*, 169 AD2d 402, 404, *lv denied* 77 NY2d 810; *Faber v New York City Hous. Auth.*, 202 AD2d 269). We have considered plaintiffs' argument for affirmative relief and find it to be without merit. Concur—Sullivan, J. P., Ellerin, Rubin, Kupferman and Nardelli, JJ.